**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA PEREZ PENA,<br><br>                                        Petitioner,<br><br>        v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; PAM BONDI, Attorney General of the United States, in her official capacity; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; PATRICK DIVVER, ICE Field Officer Director for San Diego County, in his official capacity; Warden of Otay Mesa Detention Center,<br><br>                                        Respondents. | Case No.:  26cv0142 DMS AHG<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is

1

26cv0142 DMS AHG

therefore entitled to a bond hearing.  Because the Petitioner has already had a bond hearing, however, the Court orders Respondents to release Petitioner immediately and subject to the conditions set by the Immigration Judge's December 31, 2025 Order.  On or before **February 9, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been released.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  January 29, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0142 DMS AHG