# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Silvia Perez Pena

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.** 26-cv-00142-DMS-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded. The case is hereby closed

**Date:** 9/18/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0142-DMS-AHG

Respondents
Pam Bondi
Attorney General of the United States, in her official capacity

Kristi Noem
Secretary of the U.S. Department of Homeland Security, in her official capacity

Executive Office for Immigration Review

Todd Lyons
Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity

Patrick Divver
ICE Field Office Director for San Diego County, in his official capacity

Warden of Otay Mesa Detention Center